FILED

01/31/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0199

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0199

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

O R D E R

LAVODRICK TERELLE HOGUES,

      Defendant and Appellant.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Donald L. Harris, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 31 2024